**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>            Plaintiff,             )<br>vs.                                )<br>                                   )<br>ANSLEM DION SALABA,                )<br>            Defendant.             )<br>_____) | 05-04332M-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating all allegations as contained in the two Petitions to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release and defendant is hereby committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS.** It is recommended that the defendant serve his time in custody at the Coconino County Jail.

IT IS FURTHER ORDERED that upon release from custody the defendant is placed on **THREE (3) MONTHS** supervised released subject to the previously ordered conditions of supervised release.

IT IS FURTHER ORDERED that the original fine of $1000.00 and $25.00 special assessment be paid, with credit for monies paid to date.

IT IS FURTHER ORDERED that upon release from custody defendant report to the United States Probation Office within seventy-two (72) hours and that he submit himself to the jurisdiction of any court where criminal charges may be pending against him.

DATED this 19th day of April, 2007.

_____
Mark E. Aspey
United States Magistrate Judge